```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 17-01691-HWV
Douglas L Yeater, Sr.                                          Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1       User: DDunbar          Page 1 of 1        Date Rcvd: Jun 02, 2017
                           Form ID: pdf010        Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
```
db           +Douglas L Yeater, Sr.,    4530 Sequoia Drive, Apt. A,    Harrisburg, PA 17109-5171
4912938      +Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
4912939      +Chase Bank/One Card,    PO Box 15298,    Wilmington, DE 19850-5298
4912942      +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4912943      +Maryanne E. Yeater,    4530 Sequoia Drive,    Apt. A,    Harrisburg, PA 17109-5171
4913519      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4912945      +SST Medallio,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
4912946      +SYNBC/Value City Furniture,    PO Box 965036,    Orlando, FL 32896-5036
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4912940          E-mail/PDF: creditonebknotifications@resurgent.com Jun 02 2017 18:56:31      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
4912941         +E-mail/Text: bk@lendingclub.com Jun 02 2017 19:05:05      Lending Club Corporation,
                 71 Stevenson Pl.,    STE #300,   San Francisco, CA 94105-2985
4912944         +E-mail/Text: unger@members1st.org Jun 02 2017 19:05:10      Member's 1st Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
```
              Douglas R Roeder    on behalf of Debtor Douglas L Yeater, Sr. droeder1@comcast.net
              James Warmbrodt    on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :      CHAPTER 7
                                 :
DOUGLAS L. YEATER, SR.           :      CASE NO.: 1:17-BK-01691-HWV
                                 :

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. § 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the Debtor. Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2)(A), and, pursuant to 11 U.S.C. § 704(b)(2), the United States Trustee has determined that: (1) Debtor's case should be presumed to be an abuse under section 707(b); and (2) the product of Debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. § 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.

                ANDREW R VARA
                ACTING UNITED STATES TRUSTEE

                Anne K. Fiorenza
                Assistant United States Trustee

By:   s/     D. Troy Sellars
        D. Troy Sellars, Trial Attorney
        Office of the United States Trustee
        228 Walnut Street, Room 1190
        Harrisburg, PA 17101
        (717) 221- 4515

Dated:      June 1, 2017