Certificate Number: 00927-PAM-DE-029583929

Bankruptcy Case Number: 17-01691



00927-PAM-DE-029583929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2017, at 11:56 o'clock PM EDT, DOUGLAS L YEATER SR completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 16, 2017          By:     /s/ELIZABETH N GARCIA for RICHARD A GARCIA

                               Name:   RICHARD A GARCIA

                               Title:  PRESIDENT and INSTRUCTOR